# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
FEB 20 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

HENRY WRIGHT, Petitioner,

*Plaintiff(s)*
v.
WARDEN ENTZEL, Respondent.

Civil Action No. 5:18-CV-35

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☐ Other

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted; that Respondent's motion to dismiss, or alternatively, for Summary Judgment is GRANTED; that the Petition for Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE as it challenges the decision of the Commission and DENIED and DISMISSED WITHOUT PREJUDICE as it seeks relief under Rule 35(b) of the Criminal Rules of the District of Columbia Superior Court; and that this Civil Action is DISMISSED and STRICKEN from active docket of this Court.

Date: February 20, 2019

*CLERK OF COURT*
Cheryl Dean Riley

By: *J. O. Abraham*
*Signature of Clerk or Deputy Clerk*